IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERIC GARCIA,
FDOC Inmate No. R65068,
    Plaintiff,

vs.  Case No.: 3:19cv2952/MCR/EMT

CORIZON, et al.,
    Defendants.
_____/

# **O R D E R**

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated January 22, 2020 (ECF No. 9). Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation and any timely filed objections, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 24th day of February 2020.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**